UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEST FRESH, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>VANTAGGIO FARMING CORPORATION; and PRODUCE PAY,<br><br>       Defendants. | Case No.:  21-CV-131-BEN-WVG<br><br>**ORDER ON JOINT MOTION TO CONTINUE DISCOVERY DATES** |

   Before the Court is the Parties' Joint Motion to Continue Discovery Dates ("Joint Motion"). (Doc. No. 42.) The Parties move the Court for continuances of the (1) May 19, 2023, fact discovery cutoff; (2) the June 16, 2023, deadline to serve initial expert designations; (3) the June 30, 2023, deadline to serve rebuttal expert designations; (4) the July 28, 2023, deadline to serve initial expert disclosures; (5) the August 14, 2023, deadline to serve rebuttal expert disclosures; and (6) the September 13, 2023, expert discovery cutoff. The Parties aver they have engaged in written discovery, exchanged thousands of pages of relevant documents, and timely noticed depositions. Notwithstanding their diligence throughout fact discovery, the Parties contend Produce Pay's counsel recently required time off to recover from an unexpected medical issue and, separately, that Produce

Pay's ongoing reorganization has necessitated additional time to designate an appropriate Person Most Knowledgeable ("PMK") for deposition under Rule 30(b)(6) of the Federal Rules of Civil Procedure.

Having reviewed and considered the entirety of the Parties' representations, the Court finds good cause exists under Rule 16(b), given the Parties fact-specific showing establishing their diligent efforts to attempt to meet the operative deadlines. Accordingly, the Court GRANTS the Parties' Joint Motion and CONTINUES the below deadlines consistent with the Parties' request:

(1) The May 19, 2023, fact discovery cutoff is CONTINUED to August 19, 2023;

(2) The June 16, 2023, deadline to serve initial expert designations is CONTINUED to July 14, 2023;

(3) The June 30, 2023, deadline to serve rebuttal expert designations is CONTINUED to July 28, 2023;

(4) The July 28, 2023, deadline to serve initial expert disclosures is CONTINUED to August 11, 2023;

(5) The August 14, 2023, deadline to serve rebuttal expert disclosures is CONTINUED to August 30, 2023; and, finally,

(6) The September 13, 2023, expert discovery cutoff is CONTINUED to October 13, 2023.

No other dates or deadlines set forth in the operative January 11, 2023, Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings shall be modified unless by separate order. (*See* Doc. No. 41.)

**IT IS SO ORDERED.**

DATED: May 10, 2023

_____
Hon. William V. Gallo
United States Magistrate Judge